USDC IN/ND case 2:22-cv-00313-PPS-AZ   document 5   filed 10/04/22   page 1 of 4

45D01-2210-CT-000986                                                   Filed: 10/4/2022 10:29 AM
                                                                                         Clerk
USDC IN/ND case 2:22-cv-00313-TLS-JEM   document 1-2   filed 10/26/22   page 3 of 11  Lake County, Indiana

Lake Superior Court, Civil Division 1

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE CIRCUIT/SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | |

| | |
|---|---|
| NATALIE KOPACK ) | |
|   Plaintiff, ) | |
| ) | CAUSE NO.: |
| vs. ) | |
| ) | |
| TAMAS ROSENBERGER, ) | |
| LANDLINE TRANS., LLC ) | |
|   Defendants. | |

## COMPLAINT FOR DAMAGES

COMES NOW Plaintiff, Natalie Kopack, by counsel, **WRUCK PAUPORE PC**, and for her Complaint against the Defendant, Tamas Rosenberger, states as follows:

## PARTIES, JURISDICTION, AND VENUE

1. Plaintiff, Natalie Kopack ("Plaintiff"), is an individual and is now, and at all times mentioned in this Complaint, was a resident of Merrillville, County of Lake, State of Indiana and is an Indiana citizen.

2. Defendant, Tamas Rosenberger ("Defendant"), at all times relevant to this Complaint was a resident Brooklyn, New York, and at the time of this incident was employed by, and operating within the scope of his employment with Defendant, Landline Tran., LLC.

3. Subject matter jurisdiction and venue is proper in this court.

## COMMON ALLEGATIONS

4. Plaintiff restates and incorporates by reference Paragraphs 1 through 3 as though fully set forth here.

5. On or about November 1, 2020, Plaintiff was a passenger in a vehicle traveling west on US 30 approaching the intersection of I-65, with a green light.

6. At the same time, Defendant was exiting the I65 ramp at US 30 and pulled directly in front of the path of the Plaintiff's vehicle resulting in a crash.

7. As a result of his disregarding the traffic signature, Defendant struck Plaintiff's vehicle, causing significant injury and property damage to Plaintiff.

8. Defendant failed to operate his vehicle safely in accordance with his general duty of care and by Indiana law.

9. Further, the Defendant failed to operate his vehicle safely as was required by the road conditions and by Indiana law at the time of the accident.

10. Defendant was negligent in causing the aforedescribed incident and Plaintiff was without fault.

11. According to the investigating police officer, Defendant was cited for his Disregard of Signal, which was determined to be the primary cause of the accident.

12. Plaintiff has suffered pain, suffering, mental anguish, and loss of enjoyment of her life as the result of the aforedescribed November 1, 2020 incident.

13. Plaintiff has also incurred economic loss as the result of the aforedescribed November 1, 2020 incident, including, without limitation, hospital, doctor, and other medical expenses and lost work time.

14. Plaintiff's aforedescribed injuries, damages, and losses were and are a direct and proximate result of Defendant's negligence.

## COUNT I- NEGLIGENCE

15. The Plaintiff restates and incorporates by reference paragraphs 1 through 14 as though fully set forth here.

16. Defendant owed Plaintiff a common law duty of care while driving his vehicle on or about November 1, 2020 and was further obligated to operate his vehicle suitably for the road conditions on the day of the accident.

17. Defendant breached his common law duty of care and applicable Indiana law resulting in the November 1, 2020 incident and Plaintiff's aforedescribed injuries.

18. Defendant was negligent and/or negligent *per se* as a matter of law in causing the November 1, 2020 incident.

19. Defendant is liable to Plaintiff for **her** injuries described herein, as well as for any and all other injuries or damages proximately caused by Defendant's negligence.

20. Plaintiff is entitled to judgment against Defendant in an amount reasonably and fully compensating her for all such injuries and damages.

21. Because at the time of the crash Defendant was operating within the scope of his employment with Landline Trans. LLC, Landline Trans. LLC is responsible for all damages caused by Defendant under the doctrine of *respondeat superior*.

## RELIEF

WHEREFORE, the Plaintiff, Natalie Kopack, demands judgment and an award of damages in an amount compensating Plaintiff fully for all injuries described herein and for all other relief just and proper in the premises.

Respectfully submitted,

WRUCK PAUPORE, PC

_____
Donald W. Wruck  (#21880-45)
Galleria Building II
275 U. S. Hwy. 30, Suite 250
Dyer, Indiana  46311
Tel: 219-322-1166
Fax: 1-866-891-1166
dwruck@wp-law.com

### CERTIFICATE OF SERVICE

I certify that on the October 4, 2022 service of a true and complete copy of the above and foregoing pleading or papers was made upon each party or attorney of record herein by electronic delivery.

BY:_____