# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| NATALIE KOPACK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO.: 2:22-CV-313-TLS-JEM |
| TAMAS ROSENBERGER and LANDLINE TRANS, LLC, | ) ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Natalie Kopack, and Defendants, Landline Trans, LLC and Tamas Rosenberger by their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), respectfully file this stipulation of dismissal of the above captioned matter with prejudice each party to bear its own costs, as the matter has been resolved.

/s/Donald W. Wruck
Donald W. Wruck # 21880-45
WRUCK PAUPORE PC
Galleria Building II
275 U.S. Highway 30
Dyer, IN 46311
Tel: (219) 322-1166
dwruck@wp-law.com
Attorney for Plaintiff
Natalie Kopack

/s/ Lyle R. Hardman
Lyle R. Hardman #16056-49
HUNT SUEDHOFF KEARNEY, LLP
205 W. Jefferson Blvd., Ste. 300
P. O. Box 4156
South Bend, IN 46634-4156
Tel: (574) 232-4801
lhardman@hsk-law.com
Attorney for Defendant
Landline Trans, LLC and Tamas Rosenberger