# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| JEFFREY MACCHIA, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO.: 2:21-CV-398-PPS |
| LANDLINE TRANS, LLC and TAMAS ROSENBERGER, | ) |
| Defendants. | ) |
| NATALIE KOPACK, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO.: 2:22-CV-313-PPS |
| TAMAS ROSENBERGER and LANDLINE TRANS, LLC, | ) |
| Defendants. | ) |

## ORDER

Plaintiff Natalie Kopack and Defendants Landline Trans, LLC and Tamas Rosenberger filed a Stipulation of Dismissal with Prejudice [DE 21] in case number 2:22-cv-313. The Parties Stipulation of Dismissal is SO ORDERED.

Pursuant to Magistrate Judge Kolar's November 1, 2022, Order [DE 7], all future filings for 2:22-cv-313 were to filed on the docket for the consolidated case 2:21-cv-398. Accordingly, I am filing this Order to Dismiss on the docket for case 2:21-cv-398 even though it pertains to the Plaintiff in case 2:22-cv-313. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, case 2:22-cv-313 is hereby DISMISSED WITH PREJUDICE, without costs to any party. The Clerk is DIRECTED to close case 2:22-cv-313. Case 2:21-cv-398 shall remain open.

**SO ORDERED**.

ENTERED: July 17, 2024

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT